# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK ROBINSON, on behalf of himself, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MAINTECH INC. and MAINTECH, INCORPORATED,<br><br>        Defendants. | Case No: 2:23-cv-4458-MEF-AME<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE FOR ADMISSION *PRO HAC VICE* OF JILL H. FERTEL

  PLEASE TAKE NOTICE that upon the accompanying Declaration of Jill H. Fertel, dated January 31, 2024, the accompanying Declaration of Ernest F. Koschineg, dated January 31, 2024, and all prior papers and proceedings heretofore had herein, the undersigned attorney for Defendants, Maintech Inc. and Maintech Incorporated, will move this Court at such time as is designated by the Court, at the United States Courthouse, 402 East State Street, Trenton, New Jersey, pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, before United States Judge Michael E. Farbiarz for an Order admitting Jill H. Fertel *pro have vice*, to act as co-counsel in the above-captioned action for Defendants, Maintech Inc. and Maintech Incorporated.

Dated: January 31, 2024

                       /s/ *Ernest F. Koschineg*
                       Ernest F. Koschineg, Esquire
                       Attorney ID # 014381998
                       450 Sentry Parkway, Suite 200
                       Blue Bell, PA  19422
                       Phone: 610-567-0700
                       ekoschineg@c-wlaw.com
                       *Attorney for Defendants Maintech Inc. and Maintech Incorporated*