# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK ROBINSON, on behalf of himself, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MAINTECH INC. and MAINTECH, INCORPORATED,<br><br>      Defendants. | Case No: 2:23-cv-4458-MEF-AME<br><br><br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ERNEST F. KOSCHINEG

I, Ernest F. Koschineg, of full age, hereby declares under penalty of perjury as follows:

1.  I am an attorney licensed to practice in New Jersey and a partner with the law firm of Cipriani & Werner, PC and counsel of record for Defendants, *Maintech Inc. and Maintech Incorporated* ("Defendants") in the above-captioned matter. I make this declaration in support of Defendants' Application for Jill H. Fertel of Cipriani & Werner PC to be admitted *pro hac vice* on behalf of Defendants *Maintech Inc. and Maintech Incorporated*.

2.  As set forth in her accompanying Declaration, Ms. Fertel is admitted to the following United States Courts:

| DISTRICT COURT | ADMISSION DATE | BAR NUMBER |
|---|---|---|
| Commonwealth of Pennsylvania | November 2, 2007 | 205982 |
| Eastern District of Pennsylvania | June 7, 2018 | 205982 |
| Middle District of Pennsylvania | August 9, 2019 | 205982 |
| US District Court for the District of Colorado | July 5, 2023 | N/A |

3.  Ms. Fertel understands, as I do, that if she is admitted *pro hac* vice, either I or another attorney at law authorized to practice in the State of New Jersey shall continue to act as attorney of record for the Defendants in this matter, will sign all pleadings, briefs and other papers filed with the Court, attend all court appearances, and will be held responsible for such papers and appearances, for the conduct of the case, and for the conduct of Ms. Fertel.

4.  I will be responsible for ensuring Ms. Fertel's compliance with Local Rule 101.1(c).

5.  If this application is granted, Ms. Fertel will maintain her payments due to the New Jersey Lawyers' Fund for Client Protection as required by N.J. Court Rule 1:28-2(a) and Local Civil Rule 101.1(c), and otherwise comply with Local Civil Rule 101.1.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2024                    /s/*Ernest f. Koschineg*

Ernest F. Koschineg, Esquire
Attorney ID # 014381998
**CIPRIANI & WERNER, P.C**
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
Phone: 610-567-0700
ekoschineg@c-wlaw.com
*Attorney for Defendants Maintech Inc. and Maintech Incorporated*