# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK ROBINSON, on behalf of himself, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MAINTECH INC. and MAINTECH, INCORPORATED,<br><br>      Defendants. | Case No: 2:23-cv-4458-MEF-AME<br><br><br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JILL H. FERTEL
## IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Jill H Fertel, of full age, hereby declare as follows:

1. I am an attorney in the Commonwealth of Pennsylvania, and a partner with the law firm of Cipriani & Werner PC located at 450 Sentry Parkway, Suite 200, Blue Bell, PA 19422.

2. I have been retained by Defendants Maintech Inc. and Maintech, Incorporated ("Defendants") as additional counsel in the above-captioned action. I am fully familiar with the facts contained herein based upon my personal knowledge. I submit this declaration in support of my application for my admission *pro hac vice* pursuant to L. Civ. R. 101.1(c), for purposes of appearing and participating on behalf of Defendants in this matter.

3. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (Bar No. 205982). The official address maintaining the roll of the members of the Bar of the Commonwealth of Pennsylvania is: The Supreme Court of Pennsylvania, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 5600, P.O. Box 62625,

Harrisburg, PA 17106-2625. I am also a member in good standing of the Bar of the U.S. District Court for the District of Colorado and the official mailing address is: The Alfred A. Arraj United States Courthouse, 1st Floor, Attorney Admissions, 901 19th Street, Denver, CO 80294-3589.

4. Additionally, I have been admitted to and remain a member in good standing to the following United States Courts:

| COURT | ADMISSION DATE | COURT LOCATION |
| --- | --- | --- |
| Commonwealth of Pennsylvania | November 2, 2007 | Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 5600, P.O. Box 62625, Harrisburg, PA 17106-2625 |
| Eastern District of Pennsylvania | June 7, 2018 | 601 Market Stret Philadelphia, PA 19106 |
| Middle District of Pennsylvania | August 9, 2019 | 235 N. Washington Avenue Scranton, PA 18503 |
| US District Court of the District of Colorado | July 5, 2023 | The Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294-3589 |

5. I have not been the subject of disciplinary action by any court or bar, nor are there any disciplinary actions pending against me.

6. I further agree to:

   a. Make payment of the filing fee of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3);

   b. Make payment of $212.00 to the NJ Lawyers' Fund for Client Protection in accordance with Rules 1:21-2(a), 1:20-1(b), 1:28-2, and 1:28B-1(e) within twenty (20) days from the date of the executed Order;

   c. Abide by New Jersey Court Rules;

   d. Notify this Court immediately of any matter affecting my standing at the Bar of

        any other Court;

    e.    Submit to the disciplinary jurisdiction of the Court; and

    f.    Have all pleadings, briefs, and other papers filed by the Court signed by an attorney of record authorized to practice in New Jersey.

7.    In light of the foregoing, I respectfully request to be permitted to appear *pro hac vice* as counsel for Defendants in this case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2024                                  */s/ Jill H. Fertel*
                                                                      Jill H. Fertel