## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK ROBINSON, on behalf of himself, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>MAINTECH INC. and MAINTECH, INCORPORATED,<br><br>                       Defendants. | Case No: 2:23-cv-4458-MEF-AME<br><br><br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

      I, Ernest F. Koschineg, Esquire, hereby certify that on this date, a true and correct copy of the foregoing Notice for Admission *Pro Hac Vice* of Jill H. Fertel on behalf of Defendants Maintech Inc. and Maintech Incorporated has been electronically filed with the Clerk of the Court via this Court's CM/ECF System, which will send notice to all counsel and/or parties by electronic filing and/or regular mail.

Date: January 31, 2024        By:   */s/ Ernest F. Koschineg*
                                                         Ernest F. Koschineg, Esquire
                                                         Attorney ID # 014381998
                                                         **CIPRIANI & WERNER, P.C**
                                                         450 Sentry Parkway, Suite 200
                                                         Blue Bell, PA  19422
                                                         Phone: 610-567-0700
                                                         *Attorney for Defendants Maintech Inc. and Maintech Incorporated*