## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK ROBINSON**, on behalf of himself individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>**MAINTECH INC**. and **MAINTECH, INCORPORATED**,<br><br>     Defendant. | Case No. 2:23-cv-04458<br><br>Judge Jamel K. Semper<br>Magistrate Judge Andre M. Espinosa |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Mark Robinson, together with Defendants Maintech Inc. and Maintech Incorporated (collectively the "Parties"), by and through their respective attorneys, hereby inform the Court that the Parties have reached a settlement of Plaintiff's claims. The Parties are working to finalize the terms of the Settlement and anticipate filing a stipulation of dismissal within 30 days, and respectfully request that the case be stayed, and all pending dates be stricken.

Dated: April 4, 2025

*/s/Patrick Howard*
Patrick Howard
phoward@smbb.com
**SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282

Raina Borrelli (*Pro Hac Vice*)
raina@straussborrelli.com
**STRAUSS BORRELLI PLLC**

Dated: April 4, 2025

*/s/ Ernest F. Koschineg*
Ernest F. Koschineg, III
Jill H. Fertel
CIPRIANI & WERNER P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
Facsimile: (610) 567-0712
ekoschineg@c-wlaw.com
jfertel@c-wlaw.com

*Counsel for Defendant*

980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100

*Counsel for Plaintiff*