## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**MARK ROBINSON**, on behalf of himself individually and on behalf of all others similarly situated,

               Plaintiffs,

v.

**MAINTECH INC.** and **MAINTECH, INCORPORATED**,

               Defendant.

Case No. 2:23-cv-04458

**SO ORDERED.**

**Dated**: May 12, 2025

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**United States District Judge**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Robinson

hereby gives notice that his claims in this action against Defendants Maintech Inc. and Maintech,

Incorporated, are hereby voluntarily dismissed with prejudice, with each party to bear its own

costs and attorneys' fees.

Dated: May 9, 2025

Respectfully submitted,

By: */s/ Patrick Howard*
    Patrick Howard (NJ Atty ID #02280-2001)
    **SALTZ MONGELUZZI & BENDESKY, P.C.**
    Sagemore Corporate Center
    8000 Sagemore Drive, Suite 8303
    Marlton, NJ 08053
    Telephone: (215) 575-3895
    phoward@smbb.com

    Raina C. Borrelli (*Pro Hac Vice*)
    **STRAUSS BORRELLI PLLC**
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    raina@straussborrelli.com

    *Attorneys for Plaintiff and the Proposed Class*